*W. Hott,* and *Lester J. Dickinson* for petitioner. *Solicitor General Reed, Assistant Attorney General Whitaker,* and *Mr. Paul A. Sweeney* for respondents.

No. 791.  WILNER *v.* UNITED STATES.  April 12, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Mr. Edward H. S. Martin* for petitioner. *Solicitor General Reed* and *Messrs. Julius C. Martin, Wilbur C. Pickett, Fendall Marbury,* and *W. Marvin Smith* for the United States.

No. 792.  McQUILKIN *v.* UNITED STATES.  April 12, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Mr. Edward H. S. Martin* for petitioner.  *Solicitor General Reed* and *Messrs. Julius C. Martin, Wilbur C. Pickett,* and *W. Marvin Smith* for the United States.

No. 794.  JOHNSTON *v.* COMMISSIONER OF INTERNAL REVENUE.  April 12, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. W. W. Spalding* for petitioner.  *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Berryman Green* for respondent.

No. 798.  FITZPATRICK *v.* UNITED STATES.  April 12, 1937.  Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.  *Mr. Richard E. Westbrooke* for petitioner.  *Solicitor General Reed,*

*Assistant Attorney General McMahon,* and *Messrs. Wm. W. Barron, W. J. Connor,* and *W. Marvin Smith* for the United States.

No. 805. NATIONAL ELECTRIC PRODUCTS CORP. *v.* CIRCLE FLEXIBLE CONDUIT CO., INC. ET AL. April 12, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. William H. Davis* and *Dean S. Edmonds* for petitioner. *Mr. Theodore S. Kenyon* for respondents.

No. 808. GARDNER *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. April 12, 1937. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Dorothy A. Moncure* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *F. A. LeSourd* for respondent.

No. 809. LUND ET AL. *v.* COLWOOD COMPANY. April 12, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Meyer Abrams* for petitioners. *Mr. Jason L. Honigman* for respondent.

No. 810. McMANN *v.* ENGEL ET AL. April 12, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Eugene L. Garey* and *Earl J. Garey* for petitioner. *Solicitor General Reed, Assistant Attorney General Jackson,* and *Mr. Allen E. Throop* for respondents.